UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

FRANCISCO JAVIER JAYME,

    Debtor.    No.

## SUBMISSION BY INDIVIDUAL DEBTOR OF CERTIFICATE OF BUDGET AND CREDIT COUNSELING SERVICES AND DEBT REPAYMENT PLAN, IF ANY

Attached is a certificate of receipt of budget and credit counseling services, along with a copy of any debt repayment plan developed.

*(signature)*
Francisco Javier Jayme
Address: 105 Thoroughbred Court
Santa Teresa, NM 88008
Telephone: (505) 874-9023

K:\new law\forms\draft\subm of cert of budget and cred cnslg svcs and debt reprmt plan.wpd

**Notes:**

Counseling required by 11 U.S.C. § 109(h)(1). Filing of certificate describing counseling services and any debt repayment plan required by 11 U.S.C. § 521(b)(1) and (2) and NM LBR 1007(b)(3). Certificate is required to be filed with petition in accordance with NM LBR 1007(c).

Submit one form for each debtor.

USE OF THIS FORM IS REQUIRED BY COURT ORDER

F:\FORMS\BY NUMBER\NM Form 503.wpd
**NM Form 503** (eff. 10-17-05)



Agency Number: 0905-CC-00103

Certificate Number: 000203

Case Number: _____

**Consumer Credit Counseling Service of the YWCA**

I CERTIFY that on OCTOBER 31, 2005, FRANCISCO JAMYE received from Consumer Credit Counseling Service of the YWCA, an agency approved pursuant to 11 U.S.C § 111 to provide credit counseling in the Texas, Western and New Mexico Judicial Districts, an individual briefing (including a briefing conducted by telephone) that complied with the provisions of 11 U.S.C §§ 109(h) and 111. A budget analysis was prepared and a copy is attached to this certificate.

Date: 10/31/05

By: _____
Maureen Hankins

Title: Director

* Individuals who wish to file a bankruptcy of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from a nonprofit credit counseling agency that provided the individual counseling services and a copy of the budget plan, if any, developed through the credit counseling agency. See 11 U.S.C §§ 109(h) and 521(b).



## Consumer Credit Counseling Service of the YWCA

FRANCISCO JAYME
1201 N MESA
SUITE H
EL PASO,TX 79902-0000

|  | Current | Recommended |
|---|---|---|
| Income: | 9,000.00 | 9,000.00 |
| Expenses: | 7,395.00 | 7,395.00 |
| Difference: | 1,605.00 | 1,605.00 |

Your monthly budget expenses as reviewed with your counselor:

### 52001

| Expense | Comments | Current | Recommended |
|---|---|---|---|
| MORTGAGE | | 4,009.00 | 4,009.00 |
| PROPERTY TAXES AND INSURANC | | 115.00 | 115.00 |
| HOME MAINTENANCE | | 150.00 | 150.00 |
| GROCERIES | | 600.00 | 600.00 |
| SCHOOL,WORK,EATING OUT | | 60.00 | 60.00 |
| GAS, HEATING | | 40.00 | 40.00 |
| ELECTRICITY | | 175.00 | 175.00 |
| WATER, SEWAGE, GARBAGE | | 98.00 | 98.00 |
| TELEPHONE/LONG DISTANCE | | 45.00 | 45.00 |
| MOBILE PHONE/PAGER | | 100.00 | 100.00 |
| CABLE/SATELLITE | | 18.00 | 18.00 |
| AUTO INSURANCE | | 35.00 | 35.00 |
| AUTO EXPENSES | | 250.00 | 250.00 |
| TUITION | | 1,100.00 | 1,100.00 |
| ALLOWANCES | | 25.00 | 25.00 |
| SAVINGS | | 75.00 | 75.00 |
| RECREATION/ENTERTAINMENT/DU | | 100.00 | 100.00 |
| SECURED DEBT, NOT ON DMP | | 400.00 | 400.00 |
| | | 7,395.00 | 7,395.00 |
| | **Budget Totals:** | **7,395.00** | **7,395.00** |

Additional Comments:



United Way of El Paso County


MEMBER
NATIONAL FOUNDATION FOR CREDIT COUNSELING

eliminating racism
empowering women
ywca
YWCA El Paso Del Norte Region

1600 Brown Street • El Paso, Texas
79902
[915] 577-2530 • Fax [915] 533-8132
e-mail cccs@ywcaelpaso.org

Case 05-51020-m13    Doc 1-1    Filed 11/01/05    Entered 11/02/05 14:09:00    Page 3 of 3

Report Generated: Monday, October 31, 2005

Page 1 of 1