UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

FRANCISCO JAVIER JAYME,

       Debtor.    No. 13-05-

### Declarations by Debtor for Electronic Filing of Chapter 13 (Individual) Petition Without Schedules and Statements

I declare under penalty of perjury that I have read the information and answers provided in the **Petition, Official Form 1**, and that they are true and correct to the best of my knowledge, information, and belief. I request relief in accordance with chapter 7 of title 11, United States Code, as specified in this petition.

Pursuant to Rule 1007(f) of the Federal Rules of Bankruptcy Procedure, I declare under penalty of perjury that I have signed a Statement of Social Security Number verifying my true and correct social security number. I have given this statement to my attorney to be used to submit my true and correct social security number with the electronic filing of this petition.

**Disclosure of Marital Status and Non-Filing Spouse**  Pursuant to New Mexico Local Bankruptcy Rule 1002-1, I certify that

☐ I have no spouse

[X] I have a non-filing spouse, whose name and address are

Alicia Jayme, 105 Thoroughbred Court, Santa Teresa, NM 88008

_____ 10/31/05    _____
Signature of debtor    Date    Signature of joint debtor    Date

USE OF THIS FORM IS REQUIRED BY COURT ORDER