# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

## PACER Cover Sheet
## for Electronically Filed Documents

Any data shown here are current as of 06/10/06 . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** Francisco Javier Jayme

**Case Number:** 05-51020

### Document Information

**Description:** Minutes of Hearing Re: [5-1] Motion concerning automatic stay by Francisco Javier Jayme. PARTIES DETERMINED THERE WAS NOT A NEED FOR AN EMER CONCERNING THE STAY.

**Received on:** 2005-11-02 14:19:28.000

**Date Filed:** 2005-11-02 00:00:00.000

**Date Entered On Docket:** 2005-11-08 00:00:00.000

### Filer Information

**Submitted By:** Jill Peterson

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**

Before the Honorable James Starzynski

James Burke, Law Clerk
Jill Peterson, Courtroom Deputy

**\*\*Hearing was Digitally Recorded**

**Date:**
**WEDENSDAY, NOVEMBER , 2005**

**In Re:**
**FRANCISCO JAVIER JAYME**
**No. 13-05-51020 ML**

**Status Conference**

**Attorney for Debtor: Steve Mazer**
**Attorney for Citibank: Karen Howden Weaver**
**Attorney for Trustee: Annettee DeBois**

_____

**TIME STARTED: 9:00**                              **TIME ENDED: 9:45**

**Summary of Proceedings:**                         Exhibits  _____

                                                    Testimony _____

**PARTIES DETERMINED THERE WAS NOT A NEED FOR AN EMERGENCY HEARING CONCERNING THE STAY**