# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

## PACER Cover Sheet
## for Electronically Filed Documents

Any data shown here are current as of 06/10/06 . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** Francisco Javier Jayme

**Case Number:** 05-51020

### Document Information

**Description:** Order Granting [40-1] Motion To Alternatively Dismiss Bankruptcy by Kelley L. Skehen .

**Received on:** 2005-12-22 14:48:39.000

**Date Filed:** 2005-12-22 00:00:00.000

**Date Entered On Docket:** 2005-12-23 00:00:00.000

### Filer Information

**Submitted By:** Roseanna Cordova

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE:
FRANCISCO JAVIER JAYME,
        Debtor.                                                                            No. 13-05-51020 ML

## ORDER OF DISMISSAL

**THIS MATTER** came before the Court on December 20, 2005 for hearing upon the Chapter 13 Trustee's Motion to Enforce Order Entered December 2, 2005 or in the Alternative Dismiss Chapter 13 Proceeding, filed on December 14, 2005. The Chapter 13 Trustee (trustee) appeared through her attorney, Annette N. DeBois, and the debtor appeared through counsel, Steve Mazer. Karen Howden Weaver appeared on behalf of Chase Home Finance. At the conclusion of the hearing, the Court found that the above captioned case should be dismissed.

**IT IS THEREFORE ORDERED** that the above captioned case is dismissed.

                                                **MARK B. MCFEELEY**
                                                **U.S. BANKRUPTCY JUDGE**

| Submitted and approved: | Approved as to form: |
|---|---|
| s/ad/submitted by e-mail/st | Approval 12/20/05 S.T. |
| Kelley L. Skehen | Steve H. Mazer |
| Chapter 13 Trustee | Attorney for Debtor |
| 625 Silver SW, Ste. 350 | 122 Tenth St NW |
| Albuquerque, NM 87102 | Albuquerque, NM 87102-2901 |
| (505) 243-1335 fax (505) 247-2709 | (505) 243-1112 fax (505) 243-2998 |

                                                Approval 12/20/05 S.T.
                                                Karen Howden Weaver
                                                Attorney for Chase Home Finance, LLC
                                                7430 Washington Street, NE
                                                Albuquerque, NM 87109
                                                (505) 884-8444 fax (505) 875-9021

Copies To:

Francisco Javier Jayme
105 Thouroughbred
Santa Teresa, NM 88008

I certify that on the date shown on the attached
document verification, a true and correct copy of
the foregoing was either electronically transmitted,
faxed, delivered or mailed to the listed counsel
and/or parties.      *Roseanna Córdova*